**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| | : | |
| **IN RE:   ASBESTOS PRODUCTS** | : | **MDL 875** |
| **LIABILITY LITIGATION** | : | |
| **ALL ACTIONS** | : | **OHIO NORTHERN** |
| | : | *(MARDOC)* |
| | : | |

## <u>O R D E R</u>

    **AND NOW** on this **1st** day of **August, 2011**, it is hereby **ORDERED** that the actions

attached  hereto and listed as ***Exhibit "A"*** are hereby dismissed pursuant to Plaintiffs' counsel.

**BY THE COURT:**

_____  J.
EDUARDO C. ROBRENO, J.